**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Richard Rentrop, d/b/a TVD Vinyl Decals,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Toyota Motor Sales, USA, Inc. and Toyota Motor Corporation,<br><br>　　　　Defendant. | Case No. 8:19-cv-01796-JLS-DFM<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE OF THIS ACTION**<br><br>The Hon. Josephine Staton |

After full consideration of the matter, this Court finds as follows.

IT IS ORDERED that Plaintiff/Counter-Defendant Richard Rentrop and Defendants/Counter-Claimants, Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation ("Parties") action be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs..

Dated: November 24, 2020

　　　　　　　　　　　　　　　　　　*JOSEPHINE L. STATON*
　　　　　　　　　　　　　　　　　　Hon. Josephine Staton
　　　　　　　　　　　　　　　　　　Judge, United States District Court